IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHN W. MARKHAM, | Case No. 4:24-cv-00027-SMR-HCA |
| Plaintiff, | |
| v. | ORDER TO AMEND COMPLAINT |
| UNITED STATES DEPARTMENT OF DEFENSE, Secretary Lloyd S. Austin, III, | |
| Defendant. | |

Plaintiff John W. Markham filed a letter with the Court stating that he wishes to appeal a decision by the United States Merit Service Protection Board ("MSPB"). [ECF No. 1]. He writes that the Defense Health Agency gave him authorization to file an appeal. Plaintiff also seeks leave to proceed *in forma pauperis* and asks that the Court appoint him counsel. [ECF Nos. 2; 3].

The filing contains no information to permit the Court to discern the nature of the appeal. Plaintiff does not explain what decision by the MSPB he wishes to challenge, the date of the decision, the alleged error in the decision, or his employment history with the federal government.

Judicial review of decisions by the MSPB are governed by statute. 5 U.S.C. § 7703(b)(1). A petition for judicial review of a decision by the MSPB must be filed in the United States Court of Appeals for the Federal Circuit subject to two exceptions. The first exception allows a plaintiff to seek judicial review in the Federal Circuit or in "any court of appeals of competent jurisdiction" if the claim falls within the scope of the Whistleblower Protection Act. 5 U.S.C. § 7703(b)(1)(B).

The second exception applies to employees who bring claims that an adverse employment action was motivated by discrimination prohibited by Title VII, the Age Discrimination in Employment Act ("ADEA"), or a retaliation claim under the Fair Labor Standards Act ("FLSA").

1

*Id*. § 7703(b)(2); *see also Zummer v. Sallet*, 37 F.4th 996, 1004 n.13 (5th Cir. 2022). If the claims are based on one or more of those enumerated civil rights statutes, a plaintiff may file in a federal district court.

Here, the Court has no information about the nature of Plaintiff's claims. He does not explain what decision of the MSPB he wishes to challenge, the basis for his appeal to the MSPB, the date of the decision, or any information about his employment with the United States government. Plaintiff must amend the complaint before the Court can evaluate the case. An amended complaint must include the decision of the MSPB, the date of the decision, the nature of the claims brought before the MSPB, his current employment status with the federal government, and the errors by the MSPB on which he seeks judicial review. The Court DIRECTS that an amended complaint must be filed within **30 days** of the date of this Order. Failure to amend will result in dismissal of the case. If Markham wishes to proceed *in forma pauperis*, he must complete the standard financial form, which the Court has included with this Order.

IT IS SO ORDERED.

Dated this 5th day of February, 2024.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT