P.S. John M Mcpartland
4523 Sugar Pine Dr NE
Cedar Rapids, IA 52402
ph 319-491-5759
jwmcpa7@gmail.com

Re: Case # 4:24-cv-00027-SMR-HCA
Order to amend complaint

    The MSPB case, docket # 3443-20-0726-I-1 was dismissed on Nov. 13th, 2020 due to lack of jurisdiction. The MSPB hears cases for federal employees, & I was a contractor with the federal government. This was a pro se case & I, in my ignorance, had filed in the wrong venue. My contract with the Dept. of the Army had been wrongfully terminated.

    The following claims were brought before the MSPB; 1) wrongful termination 2) theft, 3) contract fraud, 4) discrimination based on age & religion & 5) defamation.

    I bring these same five claims, including discrimination of age & religion to this federal district court.

    I had a federal employment contract with the Dept. of the Army at Madigan Army Medical Center as a cardiac perfusionist. This federal employment →

pg 2

## Order to Amend Complaint

contract with the Dept. of the Army was unique. It was guaranteed for 15 years. Part of the contract stated that after my third year, I was on my third year of the contract when it was terminated, that I could "name my price." I will not go into contract details at this point.

The contract had begun on Aug. 1st of 2007 & was terminated on Nov. 15th of 2009.

I would like to substantiate these claims to the court. The DHA did an investigation, Docket # DHA202412-0073 & found evidence of discrimination. Also, last Nov. 14th of 2023, I spoke with a Mr. Joshua Voicht with the Army CID out of the Quad Cities, his phone # is 309-716-4030. He told me that there are audible recordings made by an anesthesiologist of the verbal abuse I suffered for months. This abuse lasted for nearly six months on a daily basis, not just a few times. I promise you that if you are to listen to these recordings, there will be no doubt about the discrimination that I suffered, & that this discrimination directly led to the wrongful termination of my contract.

p. 3

re: Case # 4:24-CV-00027-SMR-HCA
order to amend complaint

Also, I had $29,403.00 stolen from my bank account electronically. For a variety of reasons that I can later explain, the statute of limitations has passed for criminal prosecution. Therefore, I am seeking a remedy in civil court. I believe this theft to be related to these contract matters. I have included a bank statement that proves this theft occurred from Collins Community Credit Union in Cedar Rapids, IA.

Contract fraud. I had requested that Madigan Army Medical Center send me a copy of my contract. They had sent me an "amended contract." I had never agreed to an "amended contract." I had never worked under an "amended contract." This amended contract is evidence of contract fraud. The contract # is W91U0-07-C-0010. Mr. Michael Foster was my contracting officer & can attest to my assertions.

Defamation. It was Dr. Keith Havenstrite who not only discriminated against me, wrongfully terminated my contract, but also defamed me by stating that I had breached—

Pg 4   Case # 4:24-CV-00027-SMR-HCA
Order to amend complaint

this contract by quitting. Dr. Keith Havenstrite not only ended my contract, but also my career. There are only 3300 cardiac perfusionists in this country. One only has to go to a couple of websites to effectively kill one's career.

I am a 61 year old male with no legal or medical history. It took me over 15 years to earn that contract. I have traveled over this entire country, & out of it with no technical or interpersonal issues what so ever, which is verifiable with the American Board of Cardiovascular Perfusion. No issues whatever with my license.

Also, Lt. Col. Michael Shcvofelsein, home phone # 253-875-6205 wrote my dismissal letter. He can attest that I did nothing illegal, unethical, incompetent or insubordinate to warrant the loss of my contract. Also, he can attest that there was no due process or investigation done by Madigan Army Medical Center prior to my contract being terminated.

ps Case 4:24-cv-00027-SMR-HCA
order to amend complaint

I understand that these matters must seem highly unusual to this court. It may be a unique type of federal employment contract situation.

I understand that the statute of limitations is a concern, but with the theft of $27,403.00, & contract fraud, the statute of limitations would be superseded by these criminal acts.

I have spent years looking for pro bono legal help & trying to navigate the federal maze of red tape. I had immediately brought these issues to the attention of Mr. Michael Foster, my contracting officer, who did nothing, nor informed me of my rights & the procedures necessary to obtain justice.

Words alone would never convey the harm, financial & emotional, that Dr. Keith Havenstrite brought to me & my family for no valid reason whatsoever.

I plead with this court to open this case, assign a pro bono attorney to obtain a true justice.

Although this might be hard to believe, but this contract was

Case # 4:24-cv-00027-SMR-HCA
order to amend complaint

worth over $9,000,000.00. I can substantiate that number.

In summary, my complaints/claims are: 1) discrimination on age & religion 2) defamation 3) contract fraud. 4) theft & 5) wrongful termination.

I have eye witnesses & evidence to all my assertions. These serious matters, that I truly think are criminal, should over-ride the normal statute of limitations. I gave you the contract # & a copy of the bank statement.

I sincerely hope that this clarifies my complaints. I'm sorry for any inconvenience. I once again plead with this court to consider these matters as a whole, in order to rectify these injustices.

Thank you for your consideration!!

John W. Markham

2-8-'24

John Markham
4523 [illegible] Ave NE
Cedar Rapids, IA 52402

CERTIFIED MAIL

9589 0710 5270 1171 3517 38

U.S. POSTAGE PAID
FCM LETTER
CEDAR RAPIDS, IA 52401
FEB 09, 2024
$4.64
R2304E106505-59

50306

X-RAYED & CLEARED BY U.S.M.S.

Attn: Clerk's Office
Iowa Southern District Court
P.O. Box 9344
Des Moines, IA 50306-9344



FOREVER / USA

50306$9344 B093