2-18-24 John W. Markham
4523 Sugar Pond Dr NE
Cedar Rapids, IA 52402
ph 319-491-5759
jwmcpa7@gmail.com

re: case # 4:24-cv-00027-SMR-HCA

Hello,

    I recently filed an IFP & a motion to appoint counsel. Assuming that these motions are granted, I also plead with this court to grant a trial jury.

    Please let me know if I need to do anything else for these motions to be adequately considered.

    Thank you very much for your consideration!

Sincerely,
John Markham

P.S. Would you please send me verification that you received this to jwmcpa7@gmail.com.

RECEIVED
FEB 23 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

John Madden
4523 Sugar Pine Rd NE
Cedar Rapids, IA 52402

CEDAR RAPIDS IA 522
20 FEB 2024 PM 2 L

Attn: Clerk's Office
Iowa Southern District Court
P.O. Box 9344
Des Moines, IA 50306-9344

X-RAYED

50306-934444