Glen this Markham

4-5-'24

4523 Sugar Pine Dr. NE
Cedar Rapids, IA 52402
ph 319-461-5755
jwmcpa1@gmail.com

re: Case # 4:24-cv-00027-SMR-HCA

Hello,
    I wanted to make some clarifications. I am trying to open a federal case with the following charges;
1) felony theft
2) discrimination
3) contract fraud
4) defamation
5) wrongful termination

    I have already sent the court a bank statement that proves the felony theft. I have pdf copies of an "amended contract" that is blatant contract fraud. If given an e-mail address, I can promptly send copies of this fraudulent contract to the court. I have also given the court names & phone #'s of eye-witnesses who can verify my other assertions.

    I am still hoping that this court will open this case for adjudication; waive filing fees & appoint pro bono →

RECEIVED
APR - 9 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

John Markham
pg 2
4-5-24
4523 Sugar Pine Dr NE
Cedar Rapids, IA 52402
ph 319-491-5755
jwmcpa1@gmail.com

representation.

I deeply appreciate the court's consideration of these matters. I am sorry to add to the burden this court endures.

Finally, I am primarily seeking financial restitution in the amount of $15 million dollars for the breach of this federal employment contract (with the Dept. of the Army at Madigan Army Medical Center), as well as the felony theft.

Dr. Keith Havenstite is responsible for this breach of contract, the defamation, contract fraud & discrimination.

I plead with this court for justice in these matters.

Thank you again for your consideration.

Sincerely,

John Markham

John Markham
4523 Sugar Pine Dr NE
Cedar Rapids, IA
52402

Attn: Clerk of Court's office
Iowa Southern District Court
P.O. Box 9344
Des Moines, IA
50306-9344